Faurote *et al. v.* The State, *ex rel.* Black.

---

No. 12,439.

FAUROTE ET AL. *v.* THE STATE, EX REL. BLACK.

From the Henry Circuit Court.

*J. A. New* and *J. W. Jones,* for appellants.

*D. S. Morgan,* for appellee.

OLDS, J.—This is one of a series of cases appealed to this court from the Henry Circuit Court, and it is conceded that the record presents the same questions as were presented in the other cases, and which were decided by this court in the case of *Faurote* v. *State, ex rel.,* 110 Ind. 463.

For the reasons given in that case the judgment in this case is reversed, with costs.

Filed May 29, 1889.